1 | David D. Lawrence, Esq. [State Bar No. 123039]
E-Mail: dlawrence@lbaclaw.com
2 | Christina M. Sprenger, Esq. [State Bar No. 205105]
E-Mail: csprenger@lbaclaw.com
3 | Lyle Riggs, Esq. [State Bar No. 266132]
E-Mail: lriggs@lbaclaw.com
4 | LAWRENCE BEACH ALLEN & CHOI, PC
1600 North Broadway, Suite 1010
5 | Santa Ana, California 92706
Telephone No.: (714) 479-0180
6 | Facsimile No.: (714) 479-0181

7 | Attorneys for Defendant,
COUNTY OF ORANGE

## UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

| NIMA KALHOUR, | ) Case No. SACV 10-1268 JAK (FFMx) |
|---|---|
| Plaintiff, | ) |
| vs. | ) **ORDER DISMISSING CASE JS-6** |
| COUNTY OF ORANGE, a local public entity, and DOES 1-10, inclusive, | ) *[Stipulation filed concurrently herewith]* |
| | ) **MATTER FOR DETERMINATION BEFORE THE HONORABLE JOHN A. KRONSTADT** |
| Defendants. | ) |

**IT IS HEREBY ORDERED** that this matter is dismissed with prejudice in its entirety. Parties will bear their own costs and attorney's fees. Plaintiff has relinquished any and all claims against Defendant County of Orange and any of its employees or former employees regarding any injuries which he may have suffered as a result of the incident which occurred at the Orange County Jail on or around August 19, 2008.

DATED: July 27, 2011

_____
HONORABLE JOHN A. KRONSTADT
United States District Judge

1
ORDER DISMISSING CASE